Court of Appeal, First Circuit, Parish of Tangipahoa. 198 So.2d 742.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

200 So.2d 664

**Joseph SCHULTZ and Southwestern Iron Corporation**

v.

**WRAY FORD, INC.**

**No. 48780.**

June 30, 1967.

In re: Joseph Schultz and Southwestern Iron Corporation applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 198 So.2d 554.

The application is denied. According to the facts of the case, as found to be by the Court of Appeal, the judgment complained of is correct.